**Electronically Filed
Supreme Court
SCPW-22-0000717
12-JAN-2023
07:57 AM
Dkt. 6 ODDP**

SCPW-22-0000717

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI
_____

MIKE YELLEN, Petitioner,

vs.

CIRCUIT COURT, THIRD CIRCUIT, STATE OF HAWAIʻI, Respondent.
_____

ORIGINAL PROCEEDING
(3CCV-22-0000084)

ORDER DENYING PETITION FOR WRIT OF MANDAMUS WITHOUT PREJUDICE
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Upon consideration of the petition for writ of mandamus filed on November 30, 2022, and the record, Petitioner's request for relief in 3CCV-22-0000084 is before Judge Henry Nakamoto, and, as such, should be addressed by the circuit court. An extraordinary writ is not warranted at this time. Kema v. Gaddis, 91 Hawaiʻi 200, 204, 982 P.2d 334, 338 (1999) (stating that a writ of mandamus will not issue unless the petitioner demonstrates a clear and indisputable right to relief and a lack of other means to obtain relief).

It is ordered that the petition is denied without prejudice to Petitioner filing another petition for writ of mandamus should the circuit court not act on the pending matters in 3CCV-22-0000084.

It is further ordered that the appellate clerk shall serve a copy of the petition and this order on Judge Henry Nakamoto.

DATED: Honolulu, Hawaiʻi, January 12, 2023.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins